# First District Court of Appeal
## State of Florida

_____

No. 1D17-5351
_____

DONNY LENARD GILLARD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal -- Original Jurisdiction.

March 27, 2018

PER CURIAM.

DENIED. *See* Fla. R. App. P. 9.141(c)(5)(A).

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Donny Lenard Gillard, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.